IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KELVIN RANDAL KING, ID # 1037711,    )
      Petitioner,    )
      )
vs.    )    No. 3:04-CV-0414-M
      )
DOUGLAS DRETKE, Director,    )
Texas Department of Criminal    )
Justice, Correctional Institutions Division,    )
      Respondent.    )

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the

Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED this 24 day of _October_, 2005.

_____
UNITED STATES DISTRICT JUDGE